[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 1235.]

OFFICE OF DISCIPLINARY COUNSEL *V*. WITT.

[Cite as *Disciplinary Counsel v.,* 1997-Ohio-98.]

(No. 97-820—Submitted and decided September 2, 1997.)

ON CERTIFIED ORDER of the Statewide Grievance Committee of Connecticut, No. 94-0956.

———————————

{¶ 1} This cause is pending before the Supreme Court of Ohio in accordance with the reciprocal discipline provisions of Gov.Bar R. V(11)(F).

{¶ 2} On April 23, 1997, the Office of Disciplinary Counsel of the Supreme Court of Ohio filed with this court a certified copy of an order of the Statewide Grievance Committee of Connecticut in *Nicholas Cecere v. Otto P. Witt*, case No. 94-0956, publicly reprimanding respondent, Otto Phillip Witt. On April 30, 1997, this court ordered respondent to show cause why identical or comparable discipline should not be imposed in this state. Respondent filed no response to the show cause order. This cause was considered by the court and on consideration thereof,

{¶ 3} IT IS ORDERED AND ADJUDGED by this court that pursuant to Gov.Bar R. V(11)(F), respondent, Otto Phillip Witt, Attorney Registration No. 0056574, last known address in Shaker Heights, Ohio, be publicly reprimanded.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————